AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Michael B. Picur<br><br>*Defendant.* | ) ) ) ) ) ) ) Case No. 16-6064-Seltzer |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/18/2016__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) | Knowing possession or knowing access with intent to view, one (1) or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew J. Fowler, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 18, 2016

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Matthew J. Fowler, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2009. Currently, I am assigned to the investigation of cases involving crimes against children. Among my responsibilities as a Special Agent are investigating crimes that involve the sexual exploitation of children to include the possession, production, receipt and distribution of child pornography. I make this affidavit in support of a criminal complaint charging Michael B. Picur with possession of child pornography in violation of Title 18 U.S.C. section 2252(a)(4)(B).

2. The statements in this affidavit are based upon my investigation, information provided by other law enforcement officers, personnel specifically trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have set forth only the facts I believe are necessary to establish probable cause to believe that Michael B. Picur has committed a violation of Title 18, United States Code, Sections 2252(a)(4)(B).

## BACKGROUND OF THE INVESTIGATION

3. Between December 21, 2015 and December 22, 2015, a law enforcement officer, while working in an undercover capacity, was signed into the internet through a computer located in the Miami Division of the FBI. The law enforcement officer utilized an enhanced version of a publicly available P2P file sharing program (BitTorrent) to identify individuals sharing images and/or videos which depicted the sexual exploitation of children.

4. During the investigation, a computer was identified on the BitTorrent client P2P file sharing network that was associated with a torrent file believed to contain files that depict child pornography. Specifically, IP address **108.250.144.56** (Target IP Address) was listed as utilizing BitTorrent and sharing files with hash values of images and videos of suspected child pornography.

5. Between December 21, 2015 and December 22, 2015, law enforcement successfully completed the download of over five hundred (500) video and image files depicting child pornography that the computer at the Target IP Address was making available.

6. Law enforcement reviewed all of the files. It was determined that all of the files were videos that depicted children under the age of eighteen (18) engaged in sexual acts and/or poses consistent with child pornography. A sample of three (3) of the files downloaded are described as follows:

> A) Filename: 12yo 14yo boys blow and fuck-Gay
>
> This video depicts two juvenile males performing oral sex and anal sex on each other.
>
> B) Filename: Tara 8yo Wants to be gang raped in her ass
>
> This video depicts a prepubescent female performing oral sex on an adult male.
>
> C) Filename: Tara 8yr Tara's Oral Explosion
>
> This video depicts a prepubescent female performing oral sex on an adult male.

7. The law enforcement officer documented the undercover session, the downloaded files, and digital logs.

8. A search of a publicly available online database indicated that the Target IP Address was registered to AT&T. Results from an administrative subpoena sent to AT&T for the dates and times the files were downloaded revealed that on those dates and times, the Target IP Address was assigned to an account registered to an individual with the last name Picur residing at :

9. On January 20, 2016, February 2, 2016, February 5, 2016 and February 9, 2016, law enforcement conducted physical surveillance of the Target Premises. During the surveillance, law enforcement observed a Brown GMC truck backed in the driveway of the Target Premises. Due to the truck being backed into the driveway, law enforcement was not able to observe the license plate. A search of the Florida driver's license database revealed that an individual with the last name Picur had a Brown GMC truck registered in his name.

10. On February 18, 2016, law enforcement executed a search warrant at                      One of the residents, Michael Picur was interviewed. Picur confessed to downloading, receiving and possessing child pornography. Picur admitted to using BitTorrent peer to peer software to download child pornography. Picur further admitted to possessing videos and images of prepubescent children engaging in sex acts on his computer.

11. At the scene, computer forensic examiners conducted a forensic preview of which he identified and stated he used exclusively, Picur's computer. Found on Picur's computer were videos and images depicting child pornography. A representative sampling of these videos and images is as follows:

   A.) File Name: Tara 8yo wants to be gang raped in her ass

   This video depicts a prepubescent female digitally penetrating herself

   B.) File Name: Tara's oral explosion

3

        This video video depicts a prepubescent female performing oral sex on an adult male.

C.) File Name: 2007 Tara 8yr-watches port and master bates July 12, 2007

        This video depicts a prepubescent female digitally penetrating herself while she watches adult pornography.

12. Picur was placed into custody and transported to the Marshal's for processing.

## CONCLUSION

13. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that on February 18, 2016, Picur did knowingly [Michael my] possess child pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                        _____
                        Matthew J. Fowler
                        Special Agent
                        Federal Bureau of Investigation

Sworn and subscribed before me this 18th day of February, 2016.

_____
HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: _____ MICHAEL B. PICUR _____

_____ Corporate Surety bond recommended _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   Matthew Fowler, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)